**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Calvin N. POPE, Jr., Defendant–**
**Appellant.**

**No. 10–11231**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 27, 2010.

A. Brian Albritton, Tampa, FL, Robert Edward Bodnar, Jr., U.S. Attorney's Office, Peggy Morris Ronca, Assistant U.S. Attorney, Orlando, FL, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Calvin N. Pope, Jr., has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is GRANTED, and Pope's convictions and sentences are

**AFFIRMED.**